IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 2 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| RONALD EDWARD JACKSON, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | 2:03-CV-0074 |
| § | |
| DOUGLAS DRETKE, Director, § | |
| Texas Department of Criminal § | |
| Justice, Institutional Division, § | |
| § | |
| Respondent. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On May 10, 2005, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant habeas application be denied. As of this date, no objections to the Magistrate Judge's Report and Recommendation have been filed of record.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. Accordingly, the petition for a writ of habeas corpus is hereby DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

IT IS SO ORDERED.

ENTERED this _____ day of _____ 2005.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE